BEFORE THE SECOND DIVISION, OCTOBER 27, 1966

**No. P66/306.**—D. C. Andrews & Co., Inc. *v.* United States, protest 61/4477–11838 (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass sink strainers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiff was sustained.